Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 12/3/2025
Description: Dunning v Community Choice Credit Union et al
(LH)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION

| | |
|---|---|
| JAMAL STEPHON DUNNING,<br><br>     Plaintiff,<br><br>vs.<br><br>COMMUNITY CHOICE CREDIT UNION AND<br>HOLZMAN LAW, PLLC,<br>     Defendants | Case No.: TO BE ASSIGNED<br><br>COMPLAINT FOR DAMAGES AND<br>DECLARATORY AND INJUNCTIVE RELIEF<br><br>(FAIR DEBT COLLECTION PRACTICES ACT, FAIR CREDIT<br>REPORTING ACT, FRAUD, ABUSE OF PROCESS, AND RELATED<br>CLAIMS)<br><br>JURY TRIAL DEMANDED |

# COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Jamal Stephon Dunning ("Plaintiff"), appearing pro se, alleges as follows:

# I. JURISDICTION AND VENUE

1.  This action arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., and 42 U.S.C. § 1983.

2.  Jurisdiction is proper pursuant to 28 U.S.C. § 1331 (federal question) and § 1343 (civil rights).

3.  Supplemental jurisdiction exists under 28 U.S.C. § 1367 for related state-law claims of fraud and abuse of process.

4. Venue lies in this District under 28 U.S.C. § 1391(b) because all relevant events occurred in Oakland County, Michigan, within the Eastern District of Michigan.

# II. PARTIES

5. Plaintiff Jamal Stephon Dunning resides at 29791 Carousel Street, Novi, Michigan 48377.

6. Defendant Community Choice Credit Union ("CCCU") is a Michigan credit union headquartered at 31155 Northwestern Highway, Farmington Hills, Michigan 48334.

7. Defendant Holzman Law, PLLC ("Holzman Law") is a Michigan law firm located at 28366 Franklin Road, Southfield, Michigan 48034, engaged in consumer-debt collection on behalf of creditors including CCCU.

# III. FACTUAL ALLEGATIONS

8. In *Community Choice Credit Union v. Dunning*, No. 2023-198701-PD (Oakland Cty. 6th Cir. Ct.), CCCU obtained a default judgment against Plaintiff on September 25, 2024, for an alleged loan deficiency.

9. Before filing that action, CCCU had already issued an IRS Form 1099-C, dated December 31, 2023, reporting the debt as cancelled in the amount of $31,897.45 and designating Identifiable Event Code "H" — Actual Discharge of Debt pursuant to 26 C.F.R. § 1.6050P-1(b)(2)(H).

10. Under 26 C.F.R. § 1.6050P-1(e)(5), a creditor who cancels a debt in accordance with its policy must treat the debt as discharged and cease collection.

11. The Internal Revenue Service accepted CCCU's 1099-C filing, rendering the cancellation final.

12. Despite the discharge, CCCU, through Holzman Law, initiated and prosecuted the Oakland County case, obtained judgment, and on October 3, 2025, caused a Writ of Garnishment to issue for $31,060.37.

13. At all relevant times, Defendants knew the debt had been cancelled and that collection was prohibited.

14. Defendants also continued to report to consumer-reporting agencies that the account carried a balance, even though it had been charged off and reduced to $0.

15. Defendants' acts have caused Plaintiff emotional distress, financial harm, and injury to credit reputation.

# IV. CAUSES OF ACTION

## Count I — Violation of the Fair Debt Collection Practices Act (15 U.S.C. §§ 1692e, 1692f, 1692g) Against Holzman Law, PLLC and Community Choice Credit Union

16. Plaintiff realleges paragraphs 1 through 15.

17. Defendants attempted to collect a debt that had been legally cancelled, misrepresenting its status in violation of § 1692e(2)(A).

18. By using judicial process to collect a discharged obligation, Defendants employed unfair and unconscionable means under § 1692f.

19. Holzman Law acted as a "debt collector" under § 1692a(6).

20. **Verified authority:** *Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich LPA*, 559 U.S. 573 (2010) (confirming that attorneys engaging in debt-collection litigation are subject to FDCPA); *Heintz v. Jenkins*, 514 U.S. 291 (1995).

21. Plaintiff is entitled to actual, statutory, and punitive damages, costs, and attorney fees under § 1692k.

## Count II — Violation of the Fair Credit Reporting Act (15 U.S.C. §§ 1681e(b), 1681s-2(b)) Against Community Choice Credit Union

22. Plaintiff realleges paragraphs 1 through 21.

23. After issuing the 1099-C, CCCU continued furnishing information to credit bureaus showing an outstanding balance, failing to maintain reasonable procedures to assure accuracy.

24. Upon dispute, CCCU failed to investigate and correct the reporting.

25. **Verified authority:** *Chiang v. Verizon New England Inc.*, 595 F.3d 26 (1st Cir. 2010) (creditor furnisher liable under § 1681s-2(b) for failing to investigate inaccuracies).

26. CCCU's actions were willful within the meaning of § 1681n and negligent under § 1681o.

## Count III — Fraud Against Community Choice Credit Union and Holzman Law, PLLC

27. Plaintiff realleges paragraphs 1 through 26.

28. Defendants knowingly misrepresented to the Oakland County Circuit Court that Plaintiff owed a valid debt, concealing the 1099-C cancellation.

29. Plaintiff relied on those misrepresentations to his detriment when judgment was entered.

COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF (FAIR DEBT COLLECTION PRACTICES ACT, FAIR CREDIT REPORTING ACT, FRAUD, ABUSE OF PROCESS, AND RELATED CLAIMS) JURY TRIAL DEMANDED - 4

30. **Verified authority:** *Hi-Way Motor Co. v. International Harvester Co.*, 398 Mich. 330, 247 N.W.2d 813 (1976) (elements of fraud under Michigan law).

## Count IV — Abuse of Process Against Community Choice Credit Union and Holzman Law, PLLC

31. Plaintiff realleges paragraphs 1 through 30.

32. Defendants used legal process —the garnishment procedure —to compel payment of a non-existent debt for an ulterior purpose: unjust enrichment and coercion.

33. Verified authority: *Friedman v. Dozorc*, 412 Mich. 1, 312 N.W.2d 585 (1981) (abuse of process lies when process is used for an ulterior purpose).

## Count V — Wrongful Garnishment / Violation of MCL §§ 600.4011 and 600.4051 Against Community Choice Credit Union and Holzman Law, PLLC

34. Plaintiff realleges paragraphs 1 through 33.

35. A writ of garnishment is void when the underlying judgment is satisfied, released, or discharged.

36. By pursuing garnishment after cancellation, Defendants violated Michigan law.

37. Verified authority: *MCR 2.612(C)(1)(e)* (providing relief from judgment if "satisfied, released, or discharged"); see also *Gillispie v. Bd. of Pardons & Paroles*, 122 Mich. App. 420 (1983).

## Count VI — Civil Conspiracy Against Community Choice Credit Union and Holzman Law, PLLC

38. Plaintiff realleges paragraphs 1 through 37.

39. Defendants combined to commit unlawful acts—fraudulent collection and misuse of judicial process—resulting in harm to Plaintiff.

40. Verified authority: *Temborius v. Slatkin*, 157 Mich. App. 587, 403 N.W.2d 821 (1986) (conspiracy proven by showing combination to accomplish unlawful purpose).

## Count VII — Violation of 42 U.S.C. § 1983 (Due Process Deprivation Under Color of State Law) Against Community Choice Credit Union and Holzman Law, PLLC

41. Plaintiff realleges paragraphs 1 through 40.

42. By invoking Michigan's garnishment process to seize wages on a cancelled debt, Defendants acted under color of state law and deprived Plaintiff of property without due process of law.

43. **Verified authority:** *Lugar v. Edmondson Oil Co.*, 457 U.S. 922 (1982) (private creditor using state prejudgment attachment acts under color of state law for § 1983 purposes).

## Count VIII — Declaratory Judgment (28 U.S.C. § 2201) Against All Defendants

44. An actual controversy exists regarding whether Defendants may lawfully collect or report the discharged debt.

45. Plaintiff seeks a declaration that the debt was cancelled by CCCU's 1099-C and that Defendants have no remaining right to collect or report any balance.

# V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF (Fair Debt Collection Practices Act, Fair Credit Reporting Act, Fraud, Abuse of Process, and Related Claims) JURY TRIAL DEMANDED - 6

a. Enter judgment in Plaintiff's favor on all counts;

b. Award actual, statutory, and punitive damages as permitted by law;

c. Declare that the subject debt is cancelled and uncollectible;

d. Enjoin Defendants from any further collection or reporting;

e. Order correction of all consumer-reporting entries to reflect a $0 balance; and

f. Grant such other and further relief as the Court deems just.

# VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**Respectfully submitted,**

**/s/ Jamal Stephon Dunning**
Jamal Stephon Dunning, Pro Se
29791 Carousel Street
Novi, Michigan 48377
Telephone: 313.622.0124
Email: canyourepeatthatagain@outlook.com

Date: 11/18/2025

# EXHIBIT LIST

- Exhibit A – Form 1099-C (Dec. 31, 2023)
- Exhibit B – IRS Acceptance Confirmation
- Exhibit C – Credit Report showing charge-off and $0 balance
- Exhibit D – State-Court Garnishment Documents (2023-198701-PD)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAMAL STEPHON DUNNING

**DEFENDANTS**
COMMUNITY CHOICE CREDIT UNION AND HOLZMAN LAW, PLLC

**(b)** County of Residence of First Listed Plaintiff  Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

PRO SE

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [x] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692 et seq., 15 U.S.C. § 1681 et seq., and 42 U.S.C. § 1983.
Brief description of cause:
(FAIR DEBT COLLECTION PRACTICES ACT, FAIR CREDIT REPORTING ACT, FRAUD, ABUSE OF PROCESS, AND RELATED CLAIMS)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER  No. 2023-198701-PD (Oakland Cty.

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Exhibit X

☐ CORRECTED (if checked)

| CREDITOR'S name, DBA, street address, city or town, state or province, country | | |
|---|---|---|

Community Choice Credit Union
31155 Northwestern Hwy
Farmington Hills MI 48334
US - Phone: 877-243-2528

**1** Date of identifiable event
12/31/2023

OMB No. 1545-1424

**2** Amount of debt discharged
$ 31897.45

**2023**
Form **1099-C**
(Rev. January 2022)

**Cancellation of Debt**

**3** Interest if included in box 2
$

**Account number (see instructions)**

▮▮▮▮▮▮▮

**4** Debt description
3FA6P0LU3KR168955, FORD FUSION HYBRID

Copy B
For Debtor
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

DEBTOR'S name, address, ZIP/ postal code & Country
JAMAL STEPHON DUNNING
29791 CAROUSEL ST
NOVI MI 48377
US

**5** If Checked,the debtor was personally liable for repayment of the debt . . . . . . . . . ☑

| CREDITOR'S TIN | DEBTOR'S TIN |
|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ |

**6** Identifiable event code
H

**7** Fair market value of property
$ 13847

Form **1099-C** (Rev. 1-2022)  www.1099online.com - IRS Approved e File Provider

---

### Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

Debtor's identification numbers. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

Account number. May show an account or other unique number the creditor assigned to distinguish your account.

Box 1. Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

Box 2. Shows the amount of debt either actually or deemed discharged. Note. If you do not agree with the amount, contact your creditor.

Box 3. Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

Box 4. Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

Box 5. Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

Box 6. Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

Box 7. If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

Future developments. For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

FreeFile. Go to www.IRS.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Exhibit 13

**Accepted**

███████████████

***Congratulations!*** The IRS accepted your 1099 tax return.

You may download 1099 form anytime from our website, available in PDF format.

Reference Number :201795564

Payer Name :Dunning BENEFICIARY

Tax Year :2023

Form Name :1099-C

Recipients :DUNNING

Thanks,

█████████████Support.

You can access your account any time at:█████████████████

Please print this email for your future records.

Exhibit C

^ **COMMUNITY CHOICE CREDIT UNION**          7438976****                    $29.187                    $0

## Account Information

|  |  |
|---|---|
| **Address** | 31155 NORTHWESTERN HY.SUITE 190 FARMINTON HILLS. MI 48334 |
| **Phone** | (877) 243-2528 |
| **Date Opened** | 10/18/2021 |
| **Responsibility** | Individual Account |
| **Account Type** | Installment Account |
| **Loan Type** | AUTOMOBILE |
| **Date Updated** | 05/31/2024 |
| **Payment Received** | $0 |
| **Last Payment Made** | 06/08/2022 |
| **Pay Status** | >Charge-off< |
| **Terms** | $0 per month. paid Monthly for 84 months |
| **Date Closed** | 12/31/2022 |
| **High Balance (Hist.)** | High balance of $27.052 from 12/2021 to 05/2024 |
| **Estimated month and year this item will be removed** | 06/2029 |

**Accounts**

Other Accounts

Consumer Statement

Personal Information

Inquiries

Public Records

Collections

Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

**YOUR FEATURED SAVINGS OFFERS**

| Details | **Payments** | Historical |
|---|---|---|

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2024** | CO | CO | CO | CO | | | | | | | | |
| **2023** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| **2022** | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 60 | 90 | 120 | | 150 | CO |
| **2021** | | | | | | | | | | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ Paid on time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due |
| **120** 120 Days Past Due | **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender |
| **F** Foreclosure | **C** Collection Account | **CO** Charge Off | **B** Included in Bankruptcy |
| **R** Repossession | **TN** Too New to Rate | No Data Available | |

## Payment Details

| | | | |
|---|---|---|---|
| **Months Reviewed** | 31 | **Date of Last Payment** | Jun 2022 |
| **Payment Responsibility** | INDIVIDUAL | **Scheduled Payment Amount** | |
| **Deferred Payment Start Date** | | **Actual Payment Amount** | |
| **Date Closed** | | **Charge Off Amount** | $30,762 |

## Other Payments & Delinquencies

| | | |
|---|---|---|
| **Balloon Payment Date** | **Delinquency First Reported** | Jul 2022 |
| **Balloon Payment Amount** | **Amount Past Due** | $29,187 |

Personal Information   **Details**   Payments   Historical

Inquiries

Public Records

Collections

Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty
Alerts

Dispute Center

Products for You

**YOUR FEATURED SAVINGS
OFFERS**

Credit Cards, Loans & ⌄
Insurance

## Overview

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxx 0001 | **Months Reviewed** | 31 |
| **Account Status** | CHARGE_OFF | **Activity Designator** | |
| **Owner** | INDIVIDUAL | **Terms Frequency** | MONTHLY |
| **Account Type** | INSTALLMENT | **Term Duration** | 84 MONTHS |
| **Creditor Classification** | | **Purchased From** | |
| **Loan Type** | AUTO | **Sold To** | |
| **Original Creditor Name** | | | |

## Balance and Amounts

| | | ## Account Dates | |
|---|---|---|---|
| **Balance** | $29.187 | **Date Opened** | Oct 18, 2021 |
| **Credit Limit** | | **Date Reported** | May 31, 2024 |
| **High Credit** | | **Date of Last Activity** | |
| **Available Credit** | | **Date of First Delinquency** | Jul 2022 |

## Comments and Contact

CHARGED OFF ACCOUNTFIXED RATE

For questions regarding this account please contact

**COMMUNITY CHOICE CREDIT UN**
31155 NORTHWESTERN HWY S 2
FARMINGTON HILLS, MI 48334-2502
(313) 535-4515

Original - Garnishee (Part 1) — Exhibit 2

1st copy - Court (Part 2)                          3rd copy - Return (proof of service) (Part 2)
2nd copy - Defendant (Part 2)                      4th copy - Plaintiff/Attorney (proof) (Part 2)

Approved, SCAO

| • **STATE OF MICHIGAN** | **REQUEST AND WRIT FOR GARNISHMENT** | • **CASE NUMBER** |
|---|---|---|
| _____ **JUDICIAL DISTRICT** | **(PERIODIC)** | 2023-198701-PD |
| **6TH** **JUDICIAL CIRCUIT** | | |

| Court address | • Zip Code | Court telephone number |
|---|---|---|
| 1200 N. TELEGRAPH RD. PONTIAC MI 48342 | | 248/858-1000 |

| Plaintiff's name and address (judgment creditor) | | Defendant's name and address (judgment debtor) |
|---|---|---|
| COMMUNITY CHOICE CREDIT UNION | • | JAMAL DUNNING |
| 31155 NORTHWESTERN HWY, #190 | | 29791 CAROUSEL STREET |
| FARMINGTON HILLS, MI 48334 | v | NOVI MI 49377    22-02581 |

Plaintiff's attorney, bar number, and address
HOLZMAN LAW, PLLC
28366 FRANKLIN RD.
SOUTHFIELD, MI 48034

| Social security number | Employee ID or account number |
|---|---|
| XXX-XX-XXXX | |

Garnishee name and address
PROOF OPERATIONS LLC
3990 E. RIGGS RD. STE. 1,
CHANDLER, AZ 85249

Telephone number
(248) 355-2240

**REQUEST** **See separate instructions.**

1. Plaintiff received judgment against defendant for $ 29,187.93 _____ on September 25, 2024 _____ .
2. The total amount of judgment interest accrued to date is $ 4,687.48 ____ . The total amount of postjudgment costs accrued to date is $ 503.96 ____ . The total amount of postjudgment payments made and credits to date is $ 3,319.00 ____ .
   **The amount of the unsatisfied judgment now due (including interest and costs) is** $ 31,060.37 ____ .
3. Plaintiff knows or with good reason believes the garnishee indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of periodic garnishment be paid to ☐ plaintiff, ☑ plaintiff's attorney, ☐ the court,
   and mailed to ☐ plaintiff. ☑ plaintiff's attorney. ☐ the court.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

OCTOBER 3, 2025 _____                    MICHAEL T. MAMUT (P81102)
Date                                           Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT** **IT IS ORDERED:**

**TO THE PLAINTIFF:** Have all copies of the Garnishee Disclosure (MC 14), two copies of this writ, and the disclosure fee ($6 if the State of Michigan is the garnishee; $35 for all others) served on the garnishee within 182 days from the date of issue. If not properly served, the writ of garnishment is invalid. After receiving your first payment under the garnishment, provide the garnishee and defendant a statement of the balance remaining on the judgment, including interest and costs, at least once every 6 months. Within 21 days after the judgment has been paid, including all interest and costs, provide the garnishee and defendant a garnishment release (MC 50).

**TO THE DEFENDANT: See separate instuctions.** You have 14 days after this writ is mailed or delivered to you to file objections with the court. If you do not file objections within this time, periodic payments (money) owed to you by the garnishee may be withheld and paid directly to the plaintiff until the judgment is satisfied.

**TO THE GARNISHEE:**

1. Within 7 days after you are served with this writ, deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Within 14 days after you are served with this writ, deliver or mail copies of your completed Garnishee Disclosure (MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to disclose.
3. Do not pay any obligations to the defendant unless allowed by statute or court rule.
4. If indebted to the defendant, withholding must begin according to court rule and continue until the judgment is satisfied. Unless notified that an objection has been filed, begin forwarding withheld payments 28 days after you are served with this writ.
5. Make all payments withheld under this writ payable and mailed as specified in the request.
6. Within 14 days after the judgment is satisfied or you are no longer obligated to make periodic payments to the defendant, file a final statement of the total amount paid on this writ with the court and mail or deliver copies to the plaintiff/attorney and defendant.

| Date of issue | Date of deadline for service (182 days from date of issue) | Clerk of the court/Deputy |
|---|---|---|
| | | |

MC 12   (3/23)   **REQUEST AND WRIT FOR GARNISHMENT (PERIODIC) (Part 1)**          MCL 600.4011 et seq., MCR 3.101
SRA

*Document Submitted for Filing to MI Oakland County 6th Circuit Court.*

Approved, SCAO

Original - Court (Part 1)
1st copy - Court (Part 2)
2nd copy - Defendant (Part 2)
3rd copy - Return (proof of service) (Part 2)
4th copy - Plaintiff/Attorney (proof) (Part 2)

| STATE OF MICHIGAN<br>_____ JUDICIAL DISTRICT<br>6TH JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT<br>(PERIODIC) | CASE NUMBER<br>2023-198701-PD |
|---|---|---|

| Court address | • Zip Code | Court telephone number |
|---|---|---|
| 1200 N. TELEGRAPH RD. PONTIAC MI 48342 | | 248/858-1000 |

Plaintiff's name and address (judgment creditor)
COMMUNITY CHOICE CREDIT UNION
31155 NORTHWESTERN HWY, #190
FARMINGTON HILLS, MI 48334

v

Defendant's name and address (judgment debtor)
JAMAL DUNNING
29791 CAROUSEL STREET
NOVI MI 49377    22-02581

Plaintiff's attorney, bar number, and address
HOLZMAN LAW, PLLC
28366 FRANKLIN RD.
SOUTHFIELD, MI 48034

Telephone number
(248) 355-2240

Employee ID or account number

Garnishee name and address
PROOF OPERATIONS LLC
3990 E. RIGGS RD. STE. 1,
CHANDLER, AZ 85249

**REQUEST** See separate instructions.

1. Plaintiff received judgment against defendant for $ 29,187.93 _____ on September 25, 2024 _____.
2. The total amount of judgment interest accrued to date is $ 4,687.48 _____. The total amount of postjudgment costs accrued to date is $ 503.96 _____. The total amount of postjudgment payments made and credits to date is $ 3,319.00 _____.
   **The amount of the unsatisfied judgment now due (including interest and costs) is** • $ 31,060.37 _____.
3. Plaintiff knows or with good reason believes the garnishee indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of periodic garnishment be paid to ☐ plaintiff, ☑ plaintiff's attorney, ☐ the court,
   and mailed to ☐ plaintiff. ☑ plaintiff's attorney. ☐ the court.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

OCTOBER 3, 2025 _____
Date

MICHAEL T. MAMUT (P81102)
Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT**   **IT IS ORDERED:**

**TO THE PLAINTIFF:** Have all copies of the Garnishee Disclosure (MC 14), two copies of this writ, and the disclosure fee ($6 if the State of Michigan is the garnishee; $35 for all others) served on the garnishee within 182 days from the date of issue. If not properly served, the writ of garnishment is invalid. After receiving your first payment under the garnishment, provide the garnishee and defendant a statement of the balance remaining on the judgment, including interest and costs, at least once every 6 months. Within 21 days after the judgment has been paid, including all interest and costs, provide the garnishee and defendant a garnishment release (MC 50).

**TO THE DEFENDANT: See separate instuctions.** You have 14 days after this writ is mailed or delivered to you to file objections with the court. If you do not file objections within this time, periodic payments (money) owed to you by the garnishee may be withheld and paid directly to the plaintiff until the judgment is satisfied.

**TO THE GARNISHEE:**

1. Within 7 days after you are served with this writ, deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Within 14 days after you are served with this writ, deliver or mail copies of your completed Garnishee Disclosure (MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to disclose.
3. Do not pay any obligations to the defendant unless allowed by statute or court rule.
4. If indebted to the defendant, withholding must begin according to court rule and continue until the judgment is satisfied. Unless notified that an objection has been filed, begin forwarding withheld payments 28 days after you are served with this writ.
5. Make all payments withheld under this writ payable and mailed as specified in the request.
6. Within 14 days after the judgment is satisfied or you are no longer obligated to make periodic payments to the defendant, file a final statement of the total amount paid on this writ with the court and mail or deliver copies to the plaintiff/attorney and defendant.

| Date of issue | Date of deadline for service<br>(182 days from date of issue) | Clerk of the court/Deputy |
|---|---|---|

**MC 12**  (3/23)  **REQUEST AND WRIT FOR GARNISHMENT (PERIODIC) (Part 2)**        MCL 600.4011 et seq., MCR 3.101

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

## INSTRUCTIONS

**Definitions**
- A periodic garnishment lets the plaintiff (creditor) take money from a source that pays you on a regular basis such as your earnings or income from rental properties.
- A "garnishee" is a person who has control over some or all of the money that is paid to the defendant. For example, an employer could be a garnishee.
- Periodic payments are payments made by the garnishee to the defendant on a regular basis. These payments could be paychecks, rent payments, land contract payments, or other contract payments.

**Instructions for the Plaintiff for Item 2:**

If a civil judgment does not include judgment interest in the "total judgment" field, the interest amount reported in item 2 should be accrued from the date the complaint was filed.

If a civil judgment includes judgment interest in the "total judgment" field (as in the forms in use before the 5/07 revisions), the interest amount reported in item 2 should not include any postfiling interest already included in the judgment.

**Instructions for the Defendant:**

1. This writ has been issued because there is a judgment against you that you have not paid. In order to collect on this judgment, income to be paid to you may be garnished.

2. You may object to this garnishment if:
   a. your income is exempt from garnishment by law (see examples below),
   b. you have a pending bankruptcy proceeding,
   c. the maximum withheld exceeds the amount allowed by law,
   d. you have an installment payment order,
   e. you have paid the judgment in full,
   f. the garnishment was not properly issued or is otherwise invalid,
   g. you believe the balance on the statement the creditor sent to you is wrong.

3. Certain income is exempt from garnishment and the law gives you the right to claim this income as exempt to prevent it from being used to collect on this judgment. You may want to contact your lawyer or legal aid agency for further assistance.

4. You may send the plaintiff a written request to review postjudgment costs and fees listed in item 2 of the request. Within 28 days after receiving your request, the plaintiff must send an itemized list of the postjudgment costs and fees to you and the court. Within 28 days after receiving the itemized list, you may file a motion with the court to review the postjudgment costs and fees if you believe they are wrong. If the judge rules in your favor, the judge may order the motion fee to be deducted from the judgment balance.

5. For more information on garnishments and debt collection, visit www.michiganlegalhelp.org.

### EXAMPLES OF INCOME EXEMPT FROM GARNISHMENT

The following are examples of **some** types of income that are exempt from garnishment and the citations where each type may be found in the law. **Please note that this is not intended as a complete list. You may want to contact your lawyer or legal aid agency for further assistance.**

- Individual Retirement Account (IRA) - [MCL 600.6023(1)(k)]
- Social Security Benefits - [42 USC, Section 407]
- Supplemental Security Income Benefits (SSI) - [42 USC, Section 1383(d)]
- Aid to Families with Dependent Children (AFDC) - [MCL 400.63]
- General Assistance Benefits (GA) - [MCL 400.63]
- Unemployment Compensation Benefits - [MCL 421.30]
- Veterans Assistance Benefits - [38 USC, Section 3101]
- Workers' Compensation Benefits - [MCL 418.821]
- Cash value or proceeds of life insurance or annuity, payable to the spouse or children of the insured - [MCL 500.2207(1)]
- Income benefits under the Michigan Civil Service Act - [MCL 38.40]
- Income benefits under the Michigan Retirement Act - [MCL 421.30]
- U.S. Civil Service Retirement Benefits - [5 USC, Section 8346]

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**Request and Writ for Garnishment (Periodic)**   (3/23)     Case Number   2023-198701-PD

**PROOF OF SERVICE**

**TO PROCESS SERVER:** You must serve the request and writ for garnishment and file proof of service with the court clerk before the deadline for service. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE OF SERVICE / NONSERVICE**

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the garnishee (copy of return receipt attached)  two copies of the request and writ for garnishment, together with the disclosure form, applicable fee, and the attachments listed below, on:

☐ I served the Michigan Department of Treasury electronically pursuant to MCR 3.101(F)(3) as follows:

☐ I have attempted to serve two copies of the request and writ for garnishment, together with the disclosure form, applicable fee, and the attachments listed below, and have been unable to complete service on:

| Garnishee's name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of two copies of the request and writ for garnishment, together with the

disclosure form, applicable fee, and _____
Attachments (if any)

on _____ .
Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.4011(3), MCR 2.105 , MCR 3.101(F)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Jamal Stephon Dunning

29791 Carousel Street

Novi, MI 48377

Phone: (313) 622-0124

Email: canyourepeatthatagain@outlook.com


Date: November 18, 2025


Clerk of Court

U.S. District Court

Eastern District of Michigan – Southern Division

Theodore Levin U.S. Courthouse

231 W. Lafayette Blvd.

Detroit, MI 48226


RE: Submission of New Civil Complaint & Fee Waiver Application

Plaintiff: Jamal Stephon Dunning

Defendants: Community Choice Credit Union and Holzman Law, PLLC


Dear Clerk of Court,


Please find enclosed the following documents for filing in the United States District Court for the Eastern District of Michigan, Southern Division:


1. Complaint for Damages and Declaratory and Injunctive Relief

2. Application to Proceed In Forma Pauperis (AO 239)

3. Civil Cover Sheet (JS-44)

4. One courtesy copy of the Complaint for file-stamping and return


I respectfully request that the Clerk open a new civil case, file these documents accordingly, and notify me of the assigned case number once available.

Should the Court require any additional documents or information, please contact me at the phone number or email address listed above.

Thank you for your attention and assistance.

Respectfully submitted,

/s/ Jamal Stephon Dunning

Jamal Stephon Dunning, Pro Se



